IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STAN DWIGHT, :
:
    Plaintiff, :
: CIVIL ACTION
v. :
: NO. 1:11-CV-1546-TWT-ECS
KOLB ENTERPRISES, INC. :
et al., :
:
    Defendants. :

## **FINAL REPORT AND RECOMMENDATION**
## **OF UNITED STATES MAGISTRATE JUDGE**

Plaintiff filed the instant action on May 9, 2011, alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. [Doc. 1]. Defendants filed their answer on June 15, 2011. [Doc. 3]. Thereafter, on July 1, 2011, Plaintiff filed an amended complaint. [Doc. 4]. Defendants answered Plaintiff's amended complaint on July 21, 2011. [Docs. 10]. The last docket entry in this case is the Court's guidelines for discovery and motion practice, which are "furnished for the convenience of counsel ... to promote the just, speedy, and economical disposition of cases." [Doc. 11]. The undersigned issued these guidelines on August 3, 2011.

Rule 41 of the Federal Rules of Civil Procedure provides, in relevant part, that an action may be involuntarily dismissed "[i]f the plaintiff fails to prosecute ...." Fed. R. Civ. P. 41(b).

Similarly, Local Rule 41.3 provides that the court, "with or without notice to the parties, [may] dismiss a civil case for want of prosecution if . . . [a] case has been pending in this court for more than six (6) months without any substantial proceedings of record ... having been taken in the case." LR 41.3 NDGa.

In light of the foregoing, the undersigned **RECOMMENDS**, given that no action has been taken in this case for over nine months, that the case be **DISMISSED without prejudice** for failure to prosecute.

**SO REPORTED AND RECOMMENDED**, this 18th day of May, 2012.

s/ *E. Clayton Scofield III*
E. Clayton Scofield III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)