IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STAN DWIGHT,

   Plaintiff,

    v.

KOLB ENTERPRISES, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-1546-TWT

## ORDER

This is a pro se civil action. It is before the Court on the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending dismissing the action without prejudice for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 27 day of June, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge